**KURT FRINGS AGENCY, INC.,**
Petitioner,

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 19742.

United States Court of Appeals
Ninth Circuit.

Nov. 1, 1965.

Fred R. Tansill, David E. Wasserstrom, Goodwin, Rosenbaum, Meacham & White, Washington, D. C., for petitioner.

John B. Jones, Jr., Acting Asst. Atty. Gen., Lee A. Jackson, Harry Baum, Thomas L. Stapleton, Attys., Dept. of Justice, Washington, D. C., for respondent.

Before CHAMBERS, DUNIWAY and ELY, Circuit Judges.

PER CURIAM:

The decision of the Tax Court is affirmed for the reasons stated in the opinion of the Tax Court reported at 42 T.C. 472.

**George E. McFARLAND, Appellant,**

v.

**UNITED STATES of America,**
Appellee.

No. 21114.

United States Court of Appeals
Fifth Circuit.

Oct. 29, 1965.

George E. McFarland, in pro. per.

Robert E. Hauberg, U. S. Atty., Jackson, Miss., for appellee.

Before JONES, WISDOM and GEWIN, Circuit Judges.

PER CURIAM:

The record on this appeal does not disclose any prejudicial error. The judgment of the district court is

Affirmed.

**Allen N. BRUNWASSER, Appellant,**

v.

**PITTSBURGH NATIONAL BANK, a Corporation, and John S. Warwick.**

No. 15270.

United States Court of Appeals
Third Circuit.

Argued Oct. 21, 1965.

Decided Nov. 12, 1965.

Rehearing Denied Dec. 27, 1965.

Allen N. Brunwasser, Pittsburgh, Pa., pro se.

B. A. Karlowitz, Pittsburgh, Pa. (Patterson, Crawford, Arensberg & Dunn, Pittsburgh, Pa., on the brief), for appellee Pittsburgh Nat. Bank.

John M. Brant, Atty., Dept. of Justice, Washington, D. C. (John B. Jones, Jr., Acting Asst. Atty. Gen., Meyer Rothwacks, Atty., Dept. of Justice, Washington, D. C., Gustave Diamond, U. S. Atty., James P. McKenna, Jr., Asst. U. S. Atty., on the brief), for John S. Warwick.

Before McLAUGHLIN, FORMAN and GANEY, Circuit Judges.

PER CURIAM.

The order of the United States District Court for the Western District of Pennsylvania of November 6, 1964 granting the motion for summary judgment on behalf of the Pittsburgh National Bank and John S. Warwick, defendants, and denying the motion for summary judgment of Allen N. Brunwasser, plaintiff, was proper and will be affirmed.